UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Macro Enterprises, Ltd.,

                            Plaintiff(s),

        -against –

Niram, Inc., et al.

                            Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:19-CV-10010 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED.**

Dated:  June 25, 2020

      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.